UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-03671-DDP-MAA | Date | July 1, 2021 |
|---|---|---|---|
| Title | Ronald Silva v. Premier Chevrolet of Buena Park, LLC et al | | |

| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**      (IN CHAMBERS)

   The parties' Request for Approval of Representative PAGA Settlement (Dkt 25.) is DENIED, without prejudice. For the reasons stated on the record, the court cannot conclude, on the record currently before the court, that the settlement is fair and reasonable.

|  | : |  |
|---|---|---|
| Initials of Preparer | PG | |