JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SILVA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER CHEVROLET OF BUENA PARK, LLC, a California corporation, PREMIER AUTOMOTIVE MANAGEMENT, LLC, a Louisiana Corporation, dba Premier Automotive, PREMIER NISSAN OF SAN JOSE, LLC, a California Limited Liability Company, PREMIER AUTOMOTIVE C OF CARLSBAD, LLC, a California Limited Liability Company, PREMIER AUTOMOTIVE HCDJ OF CALIFORNIA, LLC, a California Limited Liability Company, PREMIER AUTOMOTIVE IMPORTS OF CA, LLC, a California Limited Liability Company, PREMIER AUTOMOTIVE K OF CARLSBAD, LLC, a California Limited Liability Company, PREMIER AUTOMTOIVE CJDR OF BUENA PARK, LLC, a California Limited Liability Company, PREMIER AUTOMOTIVE OF CA, LLC, a California Limited Liability Company, PREMIER AUTOMOTIVE OF CLAREMONT, LLC, a California Limited Liability Company, PREMIER AUTOMOTIVE OF NEWARK, LLC, a California Limited Liability Company, PREMIER AUTOMOTIVE OF | Case No.: 2:20-cv-03671 DDP (MAAx)<br><br>JUDGE: Hon. Dean D. Pregerson<br>COURTROOM:   9C<br>COMPLAINT DATE: April 23, 2020<br><br>**ORDER**<br><br>DISCOVERY CUT OFF: NONE<br>MOTION CUT OFF:      NONE<br>MSC DATE:                    NONE<br>TRIAL DATE:                  NONE |

OAKLAND PAH, LLC, a California Limited Liability Company, PREMIER AUTOMOTIVE OF PLACENTIA, LLC, a California Limited Liability Company, PREMIER AUTOMOTIVE OF SEASIDE, LLC, a California Limited Liability Company, PREMIER AUTOMOTIVE OF STEVENS CREEK, LLC, a California Limited Liability Company and PREMIER AUTOMOTIVE OF WEST COVINA, LLC, a California Limited Liability Company and DOES 1-10,

Defendants.

## ORDER

Plaintiff Ronald Silva is permitted to dismiss this case pursuant to Federal Rule of Civil Procedure Rule 41.

Plaintiff may re-file this matter in Orange County Superior Court.

Dated: August 9, 2021

_____
Honorable Judge Dean D. Pregerson